NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3359

JAMES A. BRADY,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752070324-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The United States Postal Service moves for an 11-day extension of time, until May 15, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY -1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Morris E. Fischer, Esq.
    Austin M. Fulk, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY -1 2009

JAN HORBALY
CLERK